STATE OF NEW JERSEY IN THE INTEREST OF D. R. E.,
A JUVENILE.

December 14, 1981.

Leave to appeal granted.

STATE OF NEW JERSEY v. ROOKS EDWARD CRAWFORD.

December 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN FIORAVANTI.

December 14, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ASA R. KING.

December 14, 1981.

Petition for certification denied.